UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-CV-81031-DIMITROULEAS/ROSENBAUM

HAGAI LERER and MARCIA
LERER, his wife,

        Plaintiffs,

v.

FERNO-WASHINGTON, INC., a foreign
corporation, and AMERICAN MEDICAL
RESPONSE MANAGEMENT, INC., a
foreign corporation,

        Defendants.

_____/

## ORDER

This matter comes before the Court upon the parties' Joint Motion for Extension of Discovery Cutoff and Continuance of Trial Date. [D.E. 85]. The Court has considered the parties' Joint Motion and is otherwise fully advised in the premises.

In the Joint Motion before the Court, the parties seek an extension of the discovery cutoff and a re-setting of the trial date. District courts enjoy broad discretion over pre-trial matters such as discovery and scheduling. *Moore v. Potter*, 141 Fed. Appx. 803, 807 (11th Cir. 2005) (citation omitted). Rule 16(b), Fed. R. Civ. P., provides, however, that a case schedule "shall not be modified except upon a showing of good cause . . . ."

In this case, the parties have represented that they have been working diligently to complete discovery within the allotted time. Moreover, the Court is aware of the parties' efforts as a result

of the recent scheduling conference that the Court conducted in this case. Because of expert physicians' schedules, the holiday season, and Plaintiff's recent serious medical condition,[1] however, the parties' scheduling options have been substantially limited. Among other such problems resulting from this confluence of events and particularly from Plaintiff's medical condition, it appears as though Plaintiff cannot submit to the Rule 35, Fed. R. Civ. P., examinations prior to the discovery cut-off.

Under the circumstances, the Court finds good cause to extend the discovery deadline, the trial setting, and the other deadlines noted in the Joint Proposed Amended Scheduling Order in accordance with the Joint Proposed Amended Scheduling Order. Because the Court is granting a significant extension of the discovery period and the trial date, however, the parties are advised that they should fully expect to complete discovery within the newly allotted timeframe and to be prepared for trial on May 19, 2008, in accordance with the new schedule. Barring extenuating circumstances, the Court does not anticipate extending discovery further.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 26th day of November, 2007.

ROBIN S. ROSENBAUM
U.S. MAGISTRATE JUDGE

cc:    Honorable William P. Dimitrouleas
       Counsel of Record

---

[1] According to the parties' Joint Motion, Plaintiff recently suffered a heart attack requiring surgical intervention. Plaintiff has also experienced subsequent medical problems requiring hospitalization as recently as during the Thanksgiving holiday.